## Commonwealth ex rel., Appellant, *v.* Butler (No. 2).

OPINION BY HEAD, J., April 12, 1909:

The questions involved in this case being precisely those in the case at No. 211, October Term, 1907, a stipulation was filed that the disposition of this case should be controlled by that made of the other. Accordingly, for the reasons stated in the opinion this day filed in that case, ante, p. 125, the assignments of error are overruled.

Judgment affirmed.